**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6952

CHRISTOPHER LOVE WILLIAMS,

Plaintiff - Appellant,

v.

JON OZMINT, SCDC Director; ROBERT WARD, Division Director; DAVID
M. TATARSKY, General Counsel; CARL FREDERICK; J. DUNLAP; DEBBIE
BARNWELL, Division of Investigations; SANDRA BOWIE, IGC
Headquarters; L. CARRINGTON, IGC Lieber Correctional
Institution; V. JENKINS, IGC Lieber Correctional Institution;
K. HILL; M. DRAYTON, Registered Nurse; S. ROSANIO, Registered
Nurse; E. GADSIN, Registered Nurse; M. INFINGER, Registered
Nurse; MALE REGISTERED NURSE, Lieber Correctional Institution;
NURSE COOPER, Registered Nurse; N. GILMORE, Nurse, Perry
Correctional Institution; STAN BURTT, Warden; ASST. WARDEN
BODISON; WARDEN BAZZLE; ASSOCIATE WARDEN CLAYTON; ASSOCIATE
WARDEN MCKIE; B. J. THOMAS, Inmate Representative; J. BUNCOMB,
Lieutenant; OFFICER MCGEE, Lieber Correctional Institution; T.
FORDE, Sergeant; SERGEANT STANFORD, Lieber Correctional
Institution; M. BRYANT, Corporal; SERGEANT JONES, Lieber
Correctional Institution; C. BROOKS, Corporal; L. WILSON,
Sergeant; PALMER, Corporal; L. MATHIS, Officer, Lieber
Correctional Institution; JOHN DOES, Officers, Lieber
Correctional Institution Extraction Team; W. JAMISON, Corporal;
CORRECTIONAL OFFICER SMITH; E. SKIPPER, Sergeant; CAPTAIN
WHITTEN, Lieber Correctional Institution; D. ROWE, Disciplinary
Hearing Officer; OFFICER SUMMERS, Kirkland Correctional
Institution; LIEUTENANT PEEPLES, Kirkland Correctional
Institution; OFFICER FLEMING, Corporal, Perry Correctional
Institution; OFFICER ROSE, Kirkland Correctional Institution;
OFFICER WILLIAMS, Kirkland Correctional Institution; OFFICER
PRICE, Kirkland Correctional Institution; E. QUATTLEBAUM,
Sergeant; CAPTAIN MAUNEY, Perry Correctional Institution;
W. BYRD, Lieutenant; J. WILLIAMS, Officer, Perry Correctional
Institution; J. JOHNSON, Officer; J. RANDALL, Captain; SERGEANT
STRINGER, Perry Correctional Institution; OFFICER GOLDEN, Perry
Correctional Institution; WARDEN ANTHONY, Lee Correctional

Institution; MAJOR HUGHES, Lee Correctional Institution; JANE DOE 1, Property Control Officer of Lee County; JANE DOE 1, IGC Lee County; JOHN DOE, Sergeant, Perry Correctional Institution Transportation; Y. BLOWE, Mailroom Supervisor; MR. STEVENS, Mailroom Supervisor; OFFICER JAMES, Kirkland Correctional Institution; J. C. BROWN, Disciplinary Hearing Officer; J. PECK, Commissary Official at Kirkland MSU; AMERICAN AMENITIES INCORPORATED; H. BOATMAN,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge. (6:07-cv-02409-DCN)

Submitted:  July 31, 2008          Decided:  August 11, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Christopher Love Williams, Appellant Pro Se.  John Eric Kaufmann, Daniel Roy Settana, Jr.,  MCKAY, CAUTHEN, SETTANA & STUBLEY, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Love Williams seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and granting summary judgment in favor of Defendant American Amenities, Inc.; claims against other Defendants remain pending in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED